IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 25-62-GF-WWM |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| DEZMOND JOSEPH DILLON, | |
| Defendant. | |

The Defendant, by consent, has appeared before me pursuant to Federal Rule, Fed. R. Crim. P. 11, and has entered a plea of guilty to the charge of Involuntary Manslaughter, in violation of Title 18 U.S.C. §§ 1153(a) and 1112, as set forth in the Indictment. After examining the defendant under oath, the Court determined that the plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a plea was entered contained each of the essential elements of the offense.  I recommend that the Defendant be adjudged guilty and that sentence be imposed.  A presentence

report will be ordered.

DATED this 15th day of January 2026.

_____
John Johnston
United States Magistrate Judge

## NOTICE

Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).